FILED

APR 20 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SA05CR211XR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. SA-05-CR-____ |
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) [Violations: 18 U.S.C. §1001- |
| ANTHONY WARD, | ) Making a false statement; 18 |
| | ) U.S.C. § 513(a) - Uttering a |
| | ) forged security] |
| Defendant, | ) |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §1001]

on or about the 21st day of July, 2000, in the Western District of Texas, Defendant

ANTHONY WARD

while serving as an officer, namely President, of the American Federation of Government Employees, Local Union 1055, did, in a matter within the jurisdiction of the Department of Labor, a department of the United States, knowingly and willfully make a material false statement and representation to the Department of Labor that he had not received any disbursements from Local 1055 of the American Federation of Government Employees during the reporting period from January 1, 1999, through December 31, 1999, whereas in truth, as he then knew, he had received disbursements from Local 1055 of the American Federation of Government Employees during that period, in violation of Title 18, United States Code, Section 1001.

## COUNT TWO
[18 U.S.C. § 513(a)]

On or about the 24th day of April, 2000, in the Western District of Texas, Defendant

## ANTHONY WARD

did utter a forged security, that is, check number 1134 of the American Federation of Government Employees, Local Union 1055, in the amount of $250.00, with the intent to deceive another organization, in violation of Title 18, United States Code, Section 513(a).

## COUNT THREE
[18 U.S.C. § 513(a)]

On or about the 17th day of July, 2000, in the Western District of Texas, Defendant

## ANTHONY WARD

did utter a forged security, that is, check number 1150 of the American Federation of Government Employees, Local Union 1055, in the amount of $380.00, with the intent to deceive another organization, in violation of Title 18, United States Code, Section 513(a).

COUNT FOUR
[18 U.S.C. § 513(a)]

On or about the 18th day of April, 2001, in the Western District of Texas, Defendant

ANTHONY WARD

did utter a forged security, that is, check number 1166 of the American Federation of Government Employees, Local Union 1055, in the amount of $1,000.00, with the intent to deceive another organization, in violation of Title 18, United States Code, Section 513(a).

COUNT FIVE
[18 U.S.C. § 513(a)]

On or about the 5th day of July, 2001, in the Western District of Texas, Defendant

ANTHONY WARD

did utter a forged security, that is, check number 1169 of the American Federation of Government Employees, Local Union 1055, in the amount of $325.00, with the intent to deceive another organization, in violation of Title 18, United States Code, Section 513(a).

COUNT SIX
[18 U.S.C. § 513(a)]

On or about the 6th day of September, 2001, in the Western District of Texas, Defendant

ANTHONY WARD

did utter a forged security, that is, check number 1177 of the American Federation of Government Employees, Local Union 1055, in the amount of $250.00, with the intent to deceive another organization, in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

_____
FOREMAN

JOHNNY SUTTON
United States Attorney

_____
KELLY LOVING
Assistant U.S. Attorney